# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| IN RE: | |
|---|---|
| | Case No.: 11 B 83705 |
| Brian K Marsh | |
| Connie M Marsh | Chapter: 13 |
| | |
| Debtor(s) | Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Brian K Marsh, Connie M Marsh, Debtor(s), 520 Mineral Springs, McHenry, IL 60051
Joseph R. Doyle, Attorney for Debtor(s), 123 West Madison Street; Suite 205, Chicago, IL 60602

You are hereby notified that WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-4, ASSET-BACKED CERTIFICATES, SERIES 2005-4 has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-4, ASSET-BACKED CERTIFICATES, SERIES 2005-4 for the contractual mortgage payment due 04/01/2012. As of the 05/29/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 04/01/2012 through 05/01/2012 post-petition mortgage payments. The current mortgage payment amount due each month is $1,194.61. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 07/14/2012, WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-4, ASSET-BACKED CERTIFICATES, SERIES 2005-4's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on June 14, 2012.

 /s/ Gloria Tsotsos
 Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-12-02060)**

NOTE: This law firm is deemed to be a debt collector.